186

■
COM.

v.

NIEVES, A.

1374 EDA 2016

Superior Court of Pennsylvania.

09/22/2017

CP–45–CR–0000033–2013 (Monroe)

Affirmed

■
COM.

v.

NIEVES, A.

1375 EDA 2016

Superior Court of Pennsylvania.

09/22/2017

CP–45–CR–0000669–2013 (Monroe)

Affirmed

■
MCHALE, P.

v.

RIDDLE MEMORIAL HOSPITAL

3749 EDA 2016

Superior Court of Pennsylvania.

09/22/2017

Reargument Denied 11/28/2017

13–5890 (Delaware)

Affirmed

■
IN the INTEREST OF: K.A.L., a Minor

1 EDA 2017

Superior Court of Pennsylvania.

09/22/2017

CP–51–AP–0000737–2016 (Philadelphia)

Affirmed

■
REED ASSOCIATES

v.

TEKTON DEVELOPMENT CORP.

464 EDA 2017

Superior Court of Pennsylvania.

09/22/2017

2014–11438

(Chester)

Affirmed/Remanded

■
COM.

v.

SMITH, C.

716 MDA 2016

Superior Court of Pennsylvania.

09/22/2017

CP–67–CR–0005342–2014

(York)

Affirmed—Application to Withdraw as Counsel Granted

